MARC A. ZEPPETELLO State Bar No. (121185)
BARG COFFIN LEWIS & TRAPP, LLP
One Market · Steuart Tower, Suite 2700
San Francisco, California 94105-1475
Telephone: (415) 228-5400
Facsimile: (415) 228-5450

**E-filed 2/21/06**

KARL R. MORTHOLE (State Bar No. 112565)
LAW OFFICES OF KARL R. MORTHOLE
57 Post Street, Suite 801
San Francisco, California 94104-5027
Telephone: (415) 986-0227
Facsimile: (415) 986-1734

Attorneys for Plaintiff
MANANA WOODS MUTUAL WATER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANANA WOODS MUTUAL WATER COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BP EXPLORATION & OIL, INC.; TOSCO CORPORATION; UNION OIL COMPANY OF CALIFORNIA; EQUILON ENTERPRISES, LLC; SHELL OIL COMPANY; AND CHEVRON U.S.A. INC.,<br><br>　　　　Defendants. | Case No. C 00-20564 JF<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:　　　　March 10, 2006<br>Time:　　　　10:30 a.m.<br>Telephone<br>Appearances:　Manana Woods; Shell Oil Company; Tosco Corporation; Union Oil Company of California; Chevron USA Inc.; BP Exploration & Oil, Inc. |

　　　　Counsel for Plaintiff and Defendants jointly submit this Case Management Conference Statement and request to continue Case Management Conference.

## I.　INTRODUCTION

　　　　As previously reported, the parties executed a settlement agreement in this case effective January 9, 2002. The settlement is contingent on meeting certain conditions which are not

---

JOINT CASE MANAGEMENT CONFERENCE STATEMENT FOR 3/10/06 HEARING
(U.S.D.C Case No. C 00-20564 JF)

361863.1

entirely within the control of the parties. The parties have agreed to continued short-term stays of the litigation provided that diligent progress is being made to meet the conditions of the settlement. Assuming all the conditions are satisfied, Plaintiff will then dismiss its complaint with prejudice against all Defendants.

## II. RECENT PROGRESS

One of the key conditions subsequent to the parties' settlement is that an agreement be reached within a reasonable time for the San Lorenzo Valley Water District ("SLVWD"), a non-party public entity, to provide permanent water service to the residents of Manana Woods (annexation agreement). As previously reported, the parties and SLVWD met this condition after the SLVWD Board of Directors voted unanimously to approve the annexation agreement on March 17, 2005. Following SLVWD approval, SLVWD's General Manager and all parties executed the annexation agreement.

The final condition subsequent to the parties' settlement is to obtain approval from the Santa Cruz Local Agency Formation Commission ("LAFCO") for SLVWD to annex the existing customers of Manana Woods to SLVWD's service area. On June 3, 2005, SLVWD submitted an application to LAFCO for consideration and approval of the annexation of Manana Woods to SLVWD's service area. On October 25, 2005, LAFCO's Executive Officer issued a notice of the proposed annexation to public agencies and potentially interested parties. LAFCO staff subsequently conducted environmental review of the proposed annexation, in accordance with the California Environmental Quality Act, and prepared a Negative Declaration which concluded that the annexation would not have any environmental impacts.

On February 1, 2006, LAFCO held a duly noticed public hearing to consider the proposed annexation of Manana Woods to SLVWD's service area. A number Manana Woods' residents spoke in favor of the proposed annexation, as did the General Managers of both SLVWD and the adjacent Scotts Valley Water District. At the conclusion of the public hearing, the LAFCO Commissioners voted unanimously to approve the annexation.

Following LAFCO approval, there is a 30-day period in which any interested party may file a request for reconsideration by LAFCO. If no request for reconsideration is filed, or if a

request is filed and subsequently rejected, the LAFCO Executive Officer will provide notice to the registered voters and property owners at Manana Woods regarding their right to protest the annexation. If either 25% of the registered voters or 25% of the property owners file a protest, then an election would be held in Manana Woods on the question of the annexation. If a sufficient protest is not filed, the LAFCO Executive Officer and SLVWD will complete the paperwork to record the annexation.

Assuming the LAFCO approval becomes final, the Defendants will be required to deposit certain funds into an existing escrow account, in accordance with the settlement agreement and annexation agreement. Plaintiff will then dismiss its complaint with prejudice against all Defendants.

The parties request that the Court continue the present stay and continue the case management conference to June 9, 2006, or as soon thereafter as may be convenient to the Court. The parties expect that, if a request for reconsideration or sufficient protest is not filed with LAFCO, this action may be dismissed prior to that date.

Respectfully submitted,

DATED: February 15, 2006        BARG, COFFIN, LEWIS & TRAPP, LLP


By: /s/ Marc A. Zeppetello
    MARC A. ZEPPETELLO, ESQ.
    Attorneys for Plaintiff
    Manana Woods Mutual Water Company


DATED: February 15, 2006        SEDGWICK, DETERT, MORAN & ARNOLD


By: /s/ Scott D. Mroz
    SCOTT D. MROZ, ESQ.
    Attorneys for Defendant
    Shell Oil Company

3

JOINT CASE MANAGEMENT CONFERENCE STATEMENT FOR 3/10/06 HEARING
U.S.D.C Case No. Civ. C 00-20564 JF

361863.1

DATED:  February 15, 2006            HOGE, FENTON, JONES & APEL


                                     By: /s/ Stewart Stone
                                         STEWART STONE, ESQ.
                                         Attorneys for Defendants
                                         Tosco Corporation and Union Oil Company of
                                         California


DATED:  February 15, 2006            ARNOLD & PORTER


                                     By: /s/ Lawrence Cox
                                         LAWRENCE COX, ESQ.
                                         Attorneys for Defendant
                                         BP Exploration & Oil, Inc.


DATED:  February 15, 2006            LAW OFFICES OF ROBERT GOODMAN


                                     By: /s/ Robert Goodman
                                         ROBERT GOODMAN, ESQ.
                                         Attorneys for Defendant
                                         Chevron U.S.A., Inc.


2/21/06 IT IS SO ORDERED.

The Case Management Conference is continued to June 9, 2006 at 10:30 A.M.

                                         JUDGE JEREMY FOGEL
                                         UNITED STATES DISTRICT COURT

**PROOF OF SERVICE BY UNITED STATES MAIL**

I, Anna Fuller, declare that I am over the age of eighteen years and not a party to this action. I am an employee of Barg Coffin Lewis & Trapp, LLP ("the Firm") and my business address is One Market, Steuart Tower, Suite 2700, San Francisco, CA 94105-1475.

On February 15, 2006, I served the following document in this cause:

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

By placing a copy thereof in envelopes bearing the names and addresses of the persons to be served as shown below.  I am readily familiar with the Firm's practice for collection and processing of correspondence for mailing with the United States Postal Service ("Postal Service").  Pursuant to that practice, correspondence which is placed for collection and mailing with the Postal Service during regular business hours on a given date is deposited with the Postal Service on that same date in the ordinary course of business.  On the above date during regular business hours, I sealed the above described envelopes and placed them for collection and mailing with the Postal Service, postage prepaid, in accordance with the Firm's ordinary business practice described above.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.  Executed on February 15, 2006, at San Francisco, California.

/s/ Anna Fuller
ANNA FULLER

**Service List**

**Manana Woods Mutual Water Company v. BP Exploration & Oil, Inc., et al**
United States District Court, Northern District, San Jose Division
Case No. C 00-20564 JF

Lawrence A. Cox, Esq.
Arnold & Porter LLP
777 Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
**Counsel for BP Exploration & Oil Inc.**

Robert C. Goodman, Esq.
Law Office of Robert C. Goodman
177 Post Street, Suite 750
San Francisco, CA  94108
**Counsel for Chevron**

Scott D. Mroz, Esq.
Sedwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
**Counsel for Equilon**

Stewart Stone, Esq.
Hoge, Fenton, Jones & Appel, Inc.
60 South Market Street, Suite 1400
San Jose, CA  95113-2396
**Counsel for Tosco and Union Oil Company of California**

Karl R. Morthole
Law Offices of Karl R. Morthole
57 Post Street, Suite 801
San Francisco, CA  94104
**Co-Counsel for Manana Woods**

Marc Hynes
Atkinson & Farasy, LLP
P.O. Box 279
Mountain View, CA 94042
**Counsel for
San Lorenzo Valley Water District**

JOINT CASE MANAGEMENT CONFERENCE STATEMENT FOR 3/10/06 HEARING
U.S.D.C Case No. Civ. C 00-20564 JF

361863.1